IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ZEROCLICK, LLC,<br><br>   *Plaintiff*,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>   *Defendants*. | Civil Action No. 6:19-CV-00573-ADA |

**JOINT STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION**

WHEREAS, the above-captioned action was filed by Plaintiff Zeroclick, LLC ("Zeroclick") against Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") in the United States District Court for the Western District of Texas, Waco Division on October 4, 2019;

WHEREAS, in the above-captioned action, Plaintiff alleges that certain of Samsung's products infringe U.S. Patent 7,818,691 and U.S. Patent 8,549,443 (collectively, the "Asserted Patents");

NOW, THEREFORE, Zeroclick and Samsung, through each's respective counsel, hereby jointly stipulate to the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(b). Zeroclick and Samsung request that an Order be entered directing the Clerk of Court to transfer the above-captioned case to the Austin Division but to remain on the docket of this Court.

Dated: March 11, 2020

Respectfully submitted,

*/s/ Nicholas J. Whilt*

Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (Cal. Bar No. 247738)
nwhilt@omm.com
Clarence A. Rowland (Cal. Bar No. 284509)
crowland@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Darin Snyder (Cal. Bar No. 136003)
dsnyder@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701

Michael E Jones (Tex. Bar No. 10929400)
mikejones@potterminton.com
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

/s/   *Brian Ledahl*

Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Brian D. Ledahl, CA SBN 186579
bledahl@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Fax: (310) 826-6991

***Attorneys for Plaintiff Zeroclick, LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 11 day of March 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first-class mail.

                                      */s/ Nicholas J. Whilt*
                                      Nicholas J. Whilt